**Joseph F. Doubet, appellee, v. Peoria Railway Company, appellant. Gen. No. 6,627.**

Action to recover for personal injuries sustained by being thrown from a wagon after horses had been frightened by street car. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919. Rehearing denied April 9, 1919. *Certiorari* denied by Supreme Court (making opinion final). Niehaus, J., took no part.

Page, Hunter & Page, for appellant. Daily, Miller, McCormick & Radley, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

**Willard D. Parker, appellant, v. Harmon Farmers' Grain and Coal Company, appellee. Gen. No. 6,634.**

Action on the case to recover for grain purchased by defendant from plaintiff's tenant with notice that plaintiff might have a lien thereon for rent. Judgment for defendant. Appeal from the Circuit Court of Lee county; the Hon. Oscar E. Heard, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919.

H. A. Brooks and J. J. Armstrong, for appellant. Harry Edwards, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

**Anna R. Keller, appellee, v. State Bank of Rock Island, appellant. Gen. No. 6,639.**

Action to recover joint bank deposit checked out by one of the depositors. Judgment for plaintiff. Appeal from the Circuit Court of Rock Island county; the Hon. Frank D. Ramsay, Judge, presiding. Heard in this court at the October term, 1918. Reversed with finding of facts. Opinion filed February 8, 1919.

Searle & Marshall and Connelly & Walker, for appellant. Kenworthy, Dietz, Shallberg, Harper & Sinnett, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

**Robert T. Shaw, plaintiff in error, v. Charles Dorris et al., defendants in error. Gen. No. 6,557.**

Action by a plumbing contractor employed on a building against the general contractor and the owner to recover for personal injuries caused by the fall of brick. Judgment for defendants. Error to the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919.

Browne & Wiley and Butters & Clark, for plaintiff in error. Arthur H. Shay and Duncan & O'Conor, for defendants in error.

Mr. Justice Niehaus delivered the opinion of the court.